

## NUMBER 13-16-00329-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF A.B., M.B., L.B., AND A.B., CHILDREN

### On appeal from the 36th District Court
### of Aransas County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Longoria
Memorandum Opinion Per Curiam**

This appeal arises from an adoption proceeding. Appellant M.B. is the biological mother of A.B., M.B., L.B., and A.B, and her parental rights were terminated on April 28, 2016. On June 16, 2016, the trial court entered an order granting petitioners R.G. and M.I.G., adoption of the children. Appellant filed filed her pro se notice of appeal on June 17, 2016. We dismiss the appeal for want of jurisdiction.

Appellant did not file a petition for adoption and was not an intervenor in the underlying adoption proceeding. Moreover, Texas Family Code Ann. § 102.006(a) provides that a former parent whose parent/child relationship with the child has been terminated by court order does not have standing to file a suit unless one of the two exceptions contained in Section 102.006(b) applies. The exceptions are: has a continuing right to possession of or access to the child under an existing court order; or has the consent of the child's managing conservator, guardian, or legal custodian to bring the suit. *See* TEX. FAM. CODE ANN. §102.006 (West, Westlaw through 2015 R.S.).

Appellant seeks to appeal from a judgment in which she was not a party or an intervenor. Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION. *See id.* 42.3(a). All pending motions are likewise DISMISSED.

PER CURIAM

Delivered and filed the
2nd day of September, 2016.